ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
Cirrilo Gutierrez-Garcia

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

UNITED STATES OF AMERICA,  ) Case No.: 1:11-cr-00305 AWI
              Plaintiff,   )
                           ) STIPULATION AND ORDER TO
     vs.                   ) CONTINUE STATUS CONFERENCE
                           )
CIRRILO GUTIERREZ-GARCIA,  )
              Defendant.   )

Defendant, Cirrilo Gutierrez-Garcia, by and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through Karen A. Escobar stipulates that the Status Conference in the above-entitled case set for March 5, 2012 at 10:00 a.m. be continued to March 12, 2012 at 10:00 a.m.

///

///

///

Additional time is needed for plea discussions between the parties.  Time has been excluded.

DATED: March 01, 2012                     Respectfully submitted,


                                          /s/Anthony P. Capozzi
                                          Anthony P. Capozzi
                                          Attorney for Defendant

                                          /s/Karen A. Escobar
                                          Karen A. Escobar
                                          Attorney for United States


**ORDER**

IT IS SO ORDERED.

Dated:  March 1, 2012             _____
                                  CHIEF UNITED STATES DISTRICT JUDGE